Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2019 JAN 18 PM 1:08

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

District of

Division

Elizabeth Palmer Alison Kennihan

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

April Harris-Britt

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:19-cv-8
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Elizabeth Palmer ; Alison P Kennihan |
| Street Address | PO Box 8071 |
| City and County | Athens; Clarke |
| State and Zip Code | GA 30603 |
| Telephone Number | |
| E-mail Address | poet119@protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name     April Harris-Britt, in her individual capacity

    Job or Title *(if known)*     Psychologist

    Street Address     AHB Center; 3326 Durham-Chapel Hill Blvd., Building D

    City and County     Durham; Durham County

    State and Zip Code     NC 27707

    Telephone Number     919-401-8090

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* April Harris-Britt, is a citizen of the State of *(name)* North Carolina. Or is a citizen of *(foreign nation)* _____

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Defendant kidnapped Plaintiff's children and kept them from her for several years. Defendant also defrauded Plaintiff through recommended fees for unnecessary health services and made defamatory statements about about Plaintiff to various community professionals. These false statements eventually cost Plaintiff her career, her home, her belongings and standing in the community. Plaintiff's salary decreased substantially. Plaintiff was forced to move out of state, giving up all possessions. Defendant's statements also caused the loss of relationships between Plaintiff and oldest daughter with Plaintiff's two younger children, causing unquantifiable psychological harm to the entire family. Plaintiff lost monthly child support payments due to Defendant's false statements. Defendant caused severe emotion stress that also negatively impacted the oldest daughter's college careeer.
   Loss of family relationships, impact to ddaughter's college career cannot be given a dollar amount. Loss of Plaintiff's career is approximately $75,000 per year for four years. Loss of child support for 75 months - $138,600. Loss of home - $450,000. Loss of belongings, including two vehicles - approximately $50,000. Loss of college savings -$108,000. Loss of friendships and family relationships - cannot be quantified. Total loss: $1,046,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant has no quasi-judicial immunity. Defendant acted in violation of Constitutional rights, violated clearly established law and the committed acts listed below maliciously, intentionally and with knowledge.

1) Defamation 28 US Code 4101
January, 2018, in NC and GA: lied to NC Attorney General in answer to Plaintiff's consumer complaint. Provided court documents in a way that was intentionally misleading. Made statements about Plaintiff's mental state that have no validity and are based only on Defendant's own statement, which can be shown to be intentionally malicious.
EXHIBIT A: Consumer complaint reply

May 2018, from appeal of a March 22, 2017 matter: Dr. April Harris-Britt repeatedly defamed Ms. Palmer, using her own label as basis, which had no validity and can be shown to have been influenced.
EXHIBIT B: Transcript of March 22, 2017 hearing, which went to NC COA Feb. 2018

January 2017 - reports, emails, to other professionals whom she defamed Ms. Palmer to in verbal and written communications, refused to retract statements when requested.
EXHIBIT C: PC communications - Defamation

October 25, 2017: Committed perjury in a courtroom (re: invoice); caused Plaintiff to be sent to jail based on this perjury.
EXHIBIT B: Transcript of March 22, 2017, which went to NC COA Feb 2018.
EXHIBIT H: Harris-Britt's invoice

Sept. 21, 2016: Lied throughout a report about items she knew to be true. This malicious defamation caused Plaintiffs to lose their children/siblings. Violation of life, liberty, property without due process. (5th Amendment)
EXHIBIT E: PC Report - Defamation
EXHIBIT B: Transcript of March 22, 2017 hearing

2) Kidnapping 18 US Code 1201, 2101 c and 1201 e
Kidnapping 18 US Code 1203
Sept. 21, 2016 - present; Pittsboro, NC and Athens, GA: Defendant Harris-Britt maliciously and unequivocally blocked Plaintiffs from contact with the two children (Plaintiff Palmer has three children; Dr. Harris-Britt recommended removal of the younger two from the mother and oldest daughter. All were under age 18 at the time). Harris-Britt is required by law to provide visitations. Per the district court, Palmer still has temporary custody. It is Harris-Britt's job to request consent from Palmer when her son and daughter left their home state of North Carolina to travel in summer 2017 and 2018, Christmas 2017, and New Year's 2019. Children went out of the U.S. without Plaintiff's consent or knowledge.
EXHIBIT E: PC Report - Kidnapping

Defendant intentionally provided false testimony to a District Court. When dialogue was only between Plaintiff and Defendant, Defendant arbitrarily and repeatedly blocked Plaintiff Palmer from seeing or talking with her children, and blocked Plaintiff Kennihan from seeing or talking with her siblings. Each time Ms. Palmer would comply with Defendant's rules, Defendant who was acting as Parenting Coordinator, would change the rules. She consistently blocked Plaintiffs from contact with the two children with no valid reasIt can be shown that Defendant did this due to outside, criminal influence.
EXHIBIT C: PC Communications

3) Fraud and False Statements 18 US Code 47, 1001
ongoing. Sept. 21, 2016 through present; Pittsboro, NC, Raleigh, NC and Athens, GA via email: lied in original report to the court.
EXHIBIT C: PC Communications
EXHIBIT E: PC Report
EXHIBIT H: Harris-Britt's invoice

Jan 2018, Durham, NC, Raleigh, NC and Athens, GA via email: lied to Office of the NC Attorney General, Oct 25, 2017 in court about invoice that can be shown to be false, for which Plaintiff Palmer went to jail.
EXHIBIT C: PC Communications
EXHIBIT H: Harris-Britt's invoice - Fraud and False statements


4) Conspiracy to Defraud the Government with Respect to Claims, 18 US Code 286
May 2016 - present, Pittsboro, NC; Raleigh, NC and Athens, GA via email: Colluded and participated in a conspiracy that brought a frivolous claim to the district court, with the intent of obstructing justice in another court district. In that other court district, financial crimes had been admitted to but had not been heard. January 2018 - lied to the NC Attorney General's Office regarding her role in the child custody case and she submitted court orders that did not align with her statements.
EXHIBIT B: Transcript of March 22, 2017, that went to NC COA Feb 2018
EXHIBIT E: PC Report - Conspiracy to Defraud Govt
EXHIBIT H: Harris-Britt's invoice - Conspiracy to Defraud Govt.
EXHIBIT A: Consumer complaint reply


5) False Statement Relating to Healthcare Matters 18 US Code 1035
Sept. 21, 2016 - Jan 2018; Pittsboro, NC and Athens GA via email: Defendant Harris-Britt repeatedly mentioned in emails, verbal communications, court testimony, phone calls, conversations with other professionals, that Plaintiff Palmer was mentally unfit to parent, and that Plaintiff Kennihan could be psychologically harmful to her siblings. In reality, Harris-Britt had maliciously concocted these labels.
EXHIBIT C: PC Communications

6) Frauds and Swindles 18 USC 1341
January 2018: Defendant mailed her fraudulent answers to the NC Attorney General's office, and corresponded via email to Plaintiff regarding these answers.
EXHIBIT A: Consumer complaint reply

7) Statements or Entries 18 USC 1001
Sept. 2016; March 22, 2017; Oct. 25, 2017, Pittsboro, NC: While serving as court-appointed Parenting Coordinator, Defendant Harris-Britt submitted an intentionally fraudulent report Sept. 21, 2016; she reiterated her false statements again on March 22, 2017; she presented false invoices to the court Oct. 25, 2017, for which Plaintiff Palmer was taken into custody; she furthered the defamation of Plaintiff originally stated perjuriously in Sept. 2016 throughout documents and emails in 2017 and 2018, some of which were presented to the NC Court of Appeals in 2018, and others which Defendant herself presented to the Office of the NC Attorney General. Defendant made these false statements intentionally and maliciously, knowingly manufactured a false report which she submitted to a district court, violated Constitutional rights as well as clearly established laws; qualified immunity is lost.
EXHIBIT A: Consumer complaint reply
EXHIBIT E: PC Report

8) Influencing or Injuring Officer or Juror 18 US Code 1503 (obstruction)
Bribery of Public Officials and Witnesses 18 US Code 201
Two arrests occurred that appear to have influenced Harris-Britt's statements regarding child custody. One arrest occurred May 5, 2016, and another Sept. 22, 2016. The Sept. 22, 2016 arrest occurred at Harris-Britt's home, at precisely the same time Plaintiff's children/siblings were ordered out of Plaintiff's care. The court order was based only on Harris-Britt's single, fabricated report.
EXHIBIT G: May 5, 2016 Arrest Report
EXHIBIT I: September 22, 2016 Arrest Report

9) False, Fictitious or Fraudulent Claims 18 US Code 287
Sept. 21, 2016: PC Report was fabricated. Harris-Britt lied throughout her report about Ms. Palmer. Lies included but are not limited to: Ms. Palmer's statements about, the date of her report, the date of her court appointment date, the events in report.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

EXHIBIT E: PC Report
EXHIBIT J: May 2016 Court Order

Oct. 25, 2017: Harris-Britt lied about her invoice to the court, stating Ms. Palmer owed the amount in full. Ms. Palmer was taken into custody because of Harris-Britt's perjury.
EXHIBIT H: Harris-Britt's Invoice

10) Wrongful Disclosure of Individually Identifiable Health Information 42 USC 1320d-6
Sept. 2016 - Jan. 2018: Dr. Harris-Britt repeatedly made intentional false statements and communicated her false statements to various individuals, using non-secure methods of communication. about Plaintiff Palmer's mental health.
EXHIBIT E: PC Report
EXHIBIT C: PC communications

Obstruction of Criminal Investigations 18 US Code 1510
Obstructed justice in another NC County, regarding felonies and financial crimes.
EXHIBIT E: PC Report
EXHIBIT C: PC Communications

Theft or Alteration of Record or Process 18 US Code 1506
EXHIBIT E: PC Report
EXHIBIT C: PC Communications

Violation of 5th Amendment
EXHIBIT E: PC Report
EXHIBIT C: PC Communications

Violation of 14th Amendment Due Process
EXHIBIT E: PC report
EXHIBIT A: Consumer Complaint Reply

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests her children are immediately returned to her care. There were no legal grounds to remove children from Plaintiff's care and therefore immediate relief is requested.
Plaintiff also requests that April Harris-Britt is relieved of her professional license and is not allowed to work with families again.
Actual damages include approximately $1,121,600. The basis for this amount is:
$450,000 for loss of home investment; $75,000 for unnecessary court fees in Chatham County frivolous case; $300,000 for loss of successful career (4 years at $75,000); $138,600 for lost child support; $50,000 for lost belongings; $108,000 for lost college savings.

Punitive damages: $1 million.
Reasons claimed: Destruction of previously happy, very tight family. Exponential psychological harm to children by a woman whose oath to her profession demands responsible care.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/18/2019

Signature of Plaintiff

Printed Name of Plaintiff    Elizabeth Palmer / Alison P Kennihan

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address